| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Diane L. Rave<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3228<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter:   7   3/30/22 |
| Case number: | 22–20604–TPA | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Diane L. Rave | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1019 Tweed Street<br>Apt. 1<br>Pittsburgh, PA 15204 | |
| 4. | **Debtor's attorney**<br>Name and address | Brian J. Bleasdale<br>Emerson Professional Building<br>101 Emerson Avenue<br>Aspinwall, PA 15215 | Contact phone 412–726–7713<br>Email: bleasdb@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey J. Sikirica<br>121 Northbrook Drive<br>Pine Township<br>Gibsonia, PA 15044 | Contact phone 724–625–2566<br>Email: trusteesikirica@zoominternet.net |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 4/4/22 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 2, 2022 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/1/22** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20604-TPA |
| Diane L. Rave | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 04, 2022 | Form ID: 309A | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane L. Rave, 1019 Tweed Street, Apt. 1, Pittsburgh, PA 15204-1629 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| tr | + | Jeffrey J. Sikirica, 121 Northbrook Drive, Pine Township, Gibsonia, PA 15044-8983 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15468517 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, P.O. Box 8099, Newark, DE 19714 |
| 15468514 | + | Celtic Bank/ContFinCo, 4550 New Linden Hill Road, Wilmington, DE 19808-2930 |
| 15468518 | + | Continental Finance Company, Attn: Bankruptcy, P.O. Box 3220, Buffalo, NY 14240-3220 |
| 15468528 | + | Household Finance Co/OneMain Financial, Attn: Bankruptcy, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15468529 | + | Macys/DSNB, P.O. Box 6789, Sioux Falls, SD 57117-6789 |
| 15468531 | + | MedExpress Urgent Care, P.A., 5201 Baum Blvd, Pittsburgh, PA 15224-2303 |
| 15468535 | + | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15468538 | + | Tbom/Continental Finance, P.O. Box 8099, Newark, DE 19714-8099 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bleasdb@yahoo.com | Apr 04 2022 23:08:00 | Brian J. Bleasdale, Emerson Professional Building, 101 Emerson Avenue, Aspinwall, PA 15215 |
| smg | | EDI: PENNDEPTREV | Apr 05 2022 03:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2022 23:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Apr 04 2022 23:09:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Apr 04 2022 23:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15468510 | + | Email/Text: bk@avant.com | Apr 04 2022 23:09:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15468513 | + | EDI: PHINGENESIS | Apr 05 2022 03:08:00 | CB Indigo/GF, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 15468519 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Apr 04 2022 23:08:00 | CorTrust Bank, Attn: Bankruptcy, P.O. Box 7030, Mitchell, SD 57301 |
| 15468511 | + | EDI: CAPITALONE.COM | Apr 05 2022 03:08:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

Case 22-20604-TPA   Doc 10   Filed 04/06/22   Entered 04/07/22 00:24:22   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: 309A | Total Noticed: 40 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15468512 | + | EDI: CAPITALONE.COM | Apr 05 2022 03:08:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15468515 | + | EDI: WFNNB.COM | Apr 05 2022 03:08:00 | Comenity Capital/Big Lots, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15468516 | + | EDI: WFNNB.COM | Apr 05 2022 03:08:00 | Comenity/Big Lots, Attn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 15468520 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 04 2022 23:19:46 | Credit One Bank, Attn: Bankruptcy Dept., P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15468521 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 04 2022 23:19:33 | Credit One Bank N.A., P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15468522 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 04 2022 23:19:33 | Credit One Bank N.A., P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 15468530 | + | EDI: CITICORP.COM | Apr 05 2022 03:08:00 | Macys/FDSB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15468523 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 04 2022 23:08:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15468525 | + | EDI: AMINFOFP.COM | Apr 05 2022 03:08:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15468524 | + | EDI: AMINFOFP.COM | Apr 05 2022 03:08:00 | First Premier Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 15468526 | + | EDI: PHINGENESIS | Apr 05 2022 03:08:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15468527 | + | EDI: PHINGENESIS | Apr 05 2022 03:08:00 | Genesis FS Card Services, Attn: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15468533 | | Email/Text: ml-ebn@missionlane.com | Apr 04 2022 23:08:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15468532 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 04 2022 23:08:00 | Mercury/FB&T, Attn: Bankruptcy, P.O. Box 84064, Columbus, GA 31908-4064 |
| 15468534 | + | EDI: AGFINANCE.COM | Apr 05 2022 03:08:00 | One Main, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15469347 | | EDI: PENNDEPTREV | Apr 05 2022 03:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15469347 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2022 23:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15468537 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 04 2022 23:08:00 | TBOM/Atls/Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15468539 | + | EDI: PHINGENESIS | Apr 05 2022 03:08:00 | TBOM/Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 15468536 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 04 2022 23:08:00 | Tbom/Atls/Aspire, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15468540 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 04 2022 23:09:00 | Transworld Sys Inc/51, Attn: Bankruptcy, P.O. Box 15630, Wilmington, DE 19850-5630 |
| 15468541 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 04 2022 23:09:00 | Transworld Sys Inc/51, P.O. Box 15273, Wilmington, DE 19850-5273 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Apr 04, 2022 | Form ID: 309A | Total Noticed: 40

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Debtor Diane L. Rave bleasdb@yahoo.com |
| Jeffrey J. Sikirica | trusteesikirica@zoominternet.net  PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 4